Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
543 Plumas Street
Reno, Nevada 89509-1664
Telephone: 775.440.2372
Fax: 775.440.2376

*Attorneys for Defendant Big 5 Corp.*
*dba Big 5 Sporting Goods #501*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | Case No.: 2:17-cv-01263-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| BIG 5 CORP. dba BIG 5 SPORTING GOODS #501, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Big 5 Corp. dba Big 5 Sporting Goods #501 ("Defendant") hereby stipulate to an extension of time up to and including June 24, 2017, in which to respond to Plaintiff's Complaint. Defendant's response is currently due June 14, 2017. This is the first request for an extension of time to respond to the Complaint.

The parties have engaged in efforts to resolve this matter prior to filing a response to the Complaint and are actively in the process of preparing settlement documents. Accordingly, the parties request an extension of time so that the parties may finalize settlement in this matter, rather than have Defendant expend time and resources responding to the Complaint.

. . .

. . .

. . .

This request is sought in good faith and not for purposes of delay.

DATED this 14th day of June, 2017.  DATED this 14th day of June, 2017.

THE WILCHER FIRM  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Whitney C. Wilcher*  /s/ *Molly M. Rezac*
Whitney C. Wilcher  Molly M. Rezac
Nevada Bar No. 7212  Nevada Bar No. 7435
8465 W. Sahara Avenue, Ste. 111-236  543 Plumas Street
Las Vegas, NV 89117  Reno, NV 98509
*Attorneys for Plaintiff*  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_\_6/15/2017_____

30142367.1

2